UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE  SUPERVISED ADMINISTRATION OF THE ESTATE OF ROBERT L. ANDERSON, DECEASED | ) ) ) ) Case No. 1:24-cv-085 ) ) ) ) ) ) |

**UNOPPOSED NOTICE OF SETTLEMENT AND REQUEST TO REMAND**

Comes now U.S. Department of Veterans Affairs, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Antonio C. Lee, Assistant United States Attorney, and notifies the Court that the parties have agreed to settle the U.S. Department of Veterans Affairs' claim in the above-captioned matter.

1. This matter regards a probate case involving the Estate of Robert L. Anderson. From approximately February 2014 through January 2021, Mr. Anderson received an overpayment of benefits from the Department of Veterans Affairs (VA). The VA learned that there was an estate opened in Grant Superior Court No. 3, Grant County, Indiana under Cause No. 27D03-2107-ES-000018.

2. On February 21, 2024, pursuant to 28 U.S.C. § 1442(a)(1), the Department of Veterans Affairs removed this case to this Court based on the estate's debt owed to the United States Government. Pursuant to 31 U.S.C. § 3713, "a claim of the United States Government shall be paid first when the estate of the deceased

1

debtor, in the custody of the executor or administrator is not enough to pay all debts of the debtor."

3. Furthermore, this statute provides "a representative of a person or an estate paying any part of a debt of the person or estate before paying a claim of the Government is liable to the extent of the payment for unpaid claims of the Government."

4. After removal of this matter, the attorney for the Estate of Robert L. Anderson, attorney for the beneficiary of the estate, and the undersigned attorney for the VA reached a settlement agreement of the VA's claim. The attorney for the Estate must seek approval of the settlement before disbursing the settlement funds to the VA. The attorney for the Estate has agreed to send the compromised amount to the VA.

5. Based on this agreement, the VA is requesting that this matter be remanded back to Grant Superior Court for further proceedings. The attorney for the Estate, David M. Payne, and attorney for the beneficiary of the estate, Nathan M. Meeks, have no objection to this matter being remanded back to state court.

6. On February 27, 2024, counsel for the estate of Robert L. Anderson, David M. Payne, and counsel for beneficiary Carmen Anderson, Nathan M. Meeks, agreed and stated no objection to the filing of this motion.

WHEREFORE, the U.S. Department of Veterans Affairs respectfully requests that this matter be remanded to Grant Superior Court.

Respectfully submitted,

                              CLIFFORD D. JOHNSON
                              UNITED STATES ATTORNEY

By:     */s/ Antonio C. Lee*
         ANTONIO C. LEE
         Assistant United States Attorney
         Northern District of Indiana
         5400 Federal Plaza, Suite 1500
         Hammond, Indiana  46320
         Telephone:  219-937-5600
         Email Address:  Antonio.Lee@usdoj.gov

         Counsel for United States Department of Veterans Affairs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 27, 2024 , the foregoing Notice of Settlement and Request to Remand as electronically filed with the Clerk of the Court using the CM/ECF system and hereby certifies that a copy of said filing was sent by First-Class mail to the following:

David M. Payne
112 South Boots Street
Marion, IN 46952
Email: davidmarlinpaynelaw@gmail.com
*Attorney for Estate of Robert L. Anderson*

Nathan Meeks
Glickfield & Meeks LLP
101 E. 3rd St.
Marion, IN 46952
Email: Attorneymeeks@gmail.com
*Attorney for Carmen Anderson*
*(Beneficiary of the Estate)*

/s/ Antonio C. Lee
ANTONIO C. LEE
Assistant United States Attorney